**LEVI & KORSINSKY LLP**
Eduard Korsinsky (EK-8989)
(ek@zlk.com)
Nicholas I. Porritt (to be admitted *pro hac vice*)
(nporritt@zlk.com)
Adam M. Apton (to be admitted *pro hac vice*)
(aapton@zlk.com)
235 Main Street
Hackensack, New Jersey 07601
T: (973) 265-1600
F: (866) 367-6510

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WEI DING, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>ROKA BIOSCIENCE, INC., PAUL G. THOMAS, AND STEVEN T. SOBIESKI,<br><br>Defendants. | Case No. 3:14-cv-08020-FLW-TJB<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on this 23rd day of February, 2015, a true and correct copy of the foregoing was filed electronically using the CM/ECF system: NOTICE OF MOTION AND MOTION OF CAROLE KOSLA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL;

1

MEMORANDUM OF LAW IN SUPPORT OF CAROLE KOSLA'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL; DECLARATION OF EDUARD KORSINSKY IN SUPPORT OF CAROLE KOSLA'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL and exhibits thereto; [PROPOSED] ORDER APPROVING CAROLE KOSLA AS LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL; and CERTIFICATE OF SERVICE.  The CM/ECF system will send notification to those attorneys who are duly registered with the CM/ECF system.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 23, 2015

s/ Eduard Korsinsky
Eduard Korsinsky