**LEVI & KORSINSKY LLP**
Eduard Korsinsky (EK-8989)
(ek@zlk.com)
235 Main Street
Hackensack, New Jersey 07601
T: (973) 265-1600
F: (866) 367-6510

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WEI DING, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>               Plaintiff,<br><br>     v.<br><br>ROKA BIOSCIENCE, INC., PAUL G. THOMAS, AND STEVEN T. SOBIESKI,<br>               Defendants. | Case No. 3:14-cv-08020-FLW-TJB<br><br>**NOTICE OF NON-OPPOSITION TO COMPETING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

**PLEASE TAKE NOTICE** that, lead plaintiff movant Carole Kosla ("Movant"), having reviewed the competing lead plaintiff motion, hereby files this Notice of Non-Opposition to the Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. After review of the competing lead plaintiff motions, it appears that Movant does not have the largest financial interest in the litigation and is therefore not the presumptive lead plaintiff

under the Private Securities Litigation Reform Act of 1995.   15 U.S.C. § 78u-4(a)(3)(B)(iii).

This notice of non-opposition shall have no effect on, and is without prejudice to, Movant's status as a member of the proposed class, including but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

Dated:  March 23, 2015                    Respectfully submitted,


**LEVI & KORSINSKY LLP**

s/ Eduard Korsinsky_____
Eduard Korsinsky
235 Main Street
Hackensack, New Jersey 07601
T: (973) 265-1600
F: (866) 367-6510

*Counsel for Movant Carole Kosla*

*4829-4092-1122, v.  1*

2