**PROSKAUER ROSE LLP**
Wanda L. Ellert
One Newark Center
Newark, NJ 07102
Tel: (973) 274-3200
Fax: (973) 274-3299
E-mail: wellert@proskauer.com

Counsel for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WEI DING, *et al.*,<br><br>                              **Plaintiff,**<br><br>v.<br><br>ROKA BIOSCIENCE, INC., PAUL G. THOMAS, AND STEVEN T. SOBIESKI,<br><br>                              **Defendants.** | No. 3-14-cv-8020-FLW-TJB<br><br>**STIPULATION AND ORDER** |

WHEREAS plaintiff filed a Complaint in the above-captioned putative securities class action on December 24, 2014; and

WHEREAS, on February 27, 2015, the Court so-ordered a stipulation among the parties providing that (among other things), (*i*) defendants need not respond to the Complaint filed in the above-captioned action, or to any other related complaint that might be filed in this Court, before the Court appoints lead plaintiff and lead counsel pursuant to the Private Securities Litigation Reform Act, and (*ii*) within 10 days after the Court appoints lead plaintiff and lead counsel, lead counsel and defendants' counsel will submit a joint proposed schedule for the filing of an amended complaint (if any) and for defendants' response to the amended complaint (or to the pending complaint if an amended complaint is not filed); and

WHEREAS, on April 21, 2015, the Court issued an Order appointing Stanley Yedlowski as lead plaintiff and The Rosen Law Firm as lead counsel; and

WHEREAS the parties' counsel have conferred on a proposed schedule;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND ORDERED AS FOLLOWS:

1. Lead plaintiff shall either file an amended complaint by June 23, 2015 or inform defendants by that date that he does not intend to file an amended complaint.

2. Defendants shall respond to the operative complaint by August 25, 2015.

3. If defendants move to dismiss the operative complaint, lead plaintiff shall respond to that motion by October 9, 2015.

4. Defendants shall file any reply by November 9, 2015.

5. The parties reserve all other rights except to the extent specified in this Stipulation and Order.

Dated: April 27, 2015

s/Laurence Rosen
Laurence Rosen
The Rosen Law Firm, P.A.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

s/Wanda L. Ellert
Wanda L. Ellert
Proskauer Rose LLP
One Newark Center
Newark, NJ 07102
Tel: (973) 274-3200
Fax: (973) 274-3299
Email: wellert@proskauer.com

Counsel for Defendants

SO ORDERED this 27th day of April, 2015

The Honorable Freda L. Wolfson
United States District Judge

3