**PROSKAUER ROSE LLP**
Wanda L. Ellert
One Newark Center
Newark, NJ 07102
Tel: (973) 274-3200
Fax: (973) 274-3299
E-mail: wellert@proskauer.com

Counsel for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **STANLEY YEDLOWSKI,** *etc.*,<br><br>                                **Plaintiffs,**<br><br>v.<br><br>**ROKA BIOSCIENCE, INC., PAUL G. THOMAS, AND STEVEN T. SOBIESKI,**<br><br>                                **Defendants.** | No. 3-14-cv-8020-FLW-TJB<br><br>**STIPULATION AND ORDER** |

WHEREAS, pursuant to a Stipulation and Order entered by the Court on April 27, 2015 (the "Order"), plaintiffs filed an Amended Class Action Complaint in the above-captioned putative securities class action on June 23, 2015; and

WHEREAS, pursuant to the Order, defendants moved on August 25, 2015 to dismiss this action in its entirety; and

WHEREAS, pursuant to the Order, plaintiffs filed their opposition to the motion to dismiss on October 9, 2015; and

WHEREAS the Order calls for defendants to file their reply brief on November 9, 2015; and

WHEREAS the parties and their counsel have begun to explore the possibility of resolving this action through mediation and have scheduled a mediation for December 15, 2015; and

WHEREAS plaintiffs are willing to allow defendants to suspend work on their reply brief while the mediation process is in progress;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND ORDERED AS FOLLOWS:

1. The deadline for defendants to serve and file their reply papers in further support of their motion to dismiss shall be extended until February 1, 2016.

2. The parties reserve all other rights except to the extent specified in this Stipulation and Order.

3. The Motion to dismiss is administratively terminated pending Mediation, and the motion will be re-listed if mediation is unsuccessful.

Dated: October 13, 2015

s/Laurence Rosen
Laurence Rosen
The Rosen Law Firm, P.A.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

Counsel for Plaintiffs

s/Wanda L. Ellert
Wanda L. Ellert
Proskauer Rose LLP
One Newark Center
Newark, NJ 07102
Tel: (973) 274-3200
Fax: (973) 274-3299
Email: wellert@proskauer.com

Counsel for Defendants

SO ORDERED this 29th day of October, 2015

The Honorable Freda L. Wolfson
United States District Judge