**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen (LR-5733)
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STANLEY YEDLOWSKI AND PRATIK PITRODA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>ROKA BIOSCIENCE, INC., PAUL G. THOMAS, AND STEVEN T. SOBIESKI,<br><br>Defendants, | Case No.: 14-cv-8020-FLW-TJB |

**NOTICE OF MOTION AND MOTION FOR (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (II) A PRELIMINARY DETERMINATION THAT CLASS CERTIFICATION FOR SETTLEMENT PURPOSES IS APPROPRIATE, AND (III) APPROVAL OF NOTICE AND NOTICE PLAN**

Pursuant to Federal Rule of Civil Procedure 23(e) and for the reasons set forth in the accompanying Memorandum of Law, Lead Plaintiff Stanley Yedlowski, by and through his undersigned attorneys, hereby moves this court for entry of an Order (a) preliminarily approving the settlement between Lead Plaintiff and Defendants Roka Bioscience, Inc., Paul G. Thomas, and Steven T. Sobieski; (b) approving the notice to the Class of the Proposed Settlement; (c) preliminarily determining that Class treatment is appropriate; and (d) setting a hearing date for final approval of the Settlement. The Defendants do not oppose the relief requested by this motion.

Dated:  May 20, 2016　　　　　　　　　Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

　　　/s/ Laurence M. Rosen
**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen (LR-5733)
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

Counsel for Lead Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 20, 2016.

Dated: May 20, 2016 /s/ Laurence Rosen