**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen (LR-5733)
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

Lead Counsel for Lead Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

―――――――――――――――――――――――x
| | : | |
|---|---|---|
| **STANLEY YEDLOWSKI**, *et al.*, | : | Case No. 14-CV-8020-FLW-TJB |
| | : | |
| **Plaintiffs,** | : | |
| v. | : | |
| | : | |
| **ROKA BIOSCIENCE, INC.**, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

―――――――――――――――――――――――x

**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to the Court's Order Preliminarily Approving Proposed Settlement entered June 28, 2016 (dkt. # 47), on November 9, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard, at the U.S. Courthouse, 402 East State Street, Room 5E, Trenton, New Jersey 08608, before the Honorable Freda L. Wolfson, United States District Judge, Lead Plaintiff, through his Counsel, will move pursuant to Fed. R. Civ. P. 23(e) for an Order:

(1) awarding attorneys' fees in the amount of $1,091,666 and reimbursement of $20,972.82 in expenses that were incurred in prosecuting this action;

(2) awarding Lead Plaintiff a fee of $3,000 to compensate him for reasonable costs and expenses associated with his services as lead plaintiff.

Lead Plaintiff's motion is based on the Memorandum of Law in Support; the Declaration of Laurence M. Rosen in Support of Final Approval of Settlement, and the exhibits thereto; the Stipulation of Settlement filed May 20, 2016 (dkt. # 45), and the exhibits thereto; and all other pleadings and matters of record and such additional evidence or argument as may be presented at the hearing. A [Proposed] Order approving the requested award of attorneys' fees and expenses is filed herewith.

Dated: October 5, 2016  Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen LR-5733
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

Lead Counsel for Lead Plaintiff

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 5, 2016.

Dated:  October 5, 2016                                                  /s/ Laurence Rosen