**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen (LR-5733)
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

Lead Counsel for Lead Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

——————————————————————x
                                            **:**

**STANLEY YEDLOWSKI**, *et al.*,       **:**   **Case No. 14-CV-8020-FLW-TJB**

                                            **:**

           **Plaintiffs,**       **:**

**v.**                                        **:**

                                            **:**

**ROKA BIOSCIENCE, INC.**, *et al.*,     **:**

                                            **:**

           **Defendants.**       **:**
——————————————————————x

## LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to the Court's Order Preliminarily Approving Proposed Settlement entered June 28, 2016 (dkt. # 47), on November 9, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard, at the U.S. Courthouse, 402 East State Street, Room 5E, Trenton, New Jersey 08608, before the Honorable Freda L. Wolfson, United States District Judge, Lead Plaintiff, through his Counsel, will move for approval of the class action Settlement and the Plan of Allocation of Settlement proceeds. Lead Plaintiff's motion is based on the Memorandum of Law in Support; the Declaration of Laurence M. Rosen in Support of Final Approval of Settlement, and the exhibits thereto; the Stipulation of Settlement filed May 20, 2016, and the exhibits thereto (dkt. # 45); and all other pleadings and matters of record and such additional evidence or argument as may be presented at the hearing.

Dated: October 5, 2016                               Respectfully submitted,

                                                    **THE ROSEN LAW FIRM, P.A.**

                                                    _____/s/ Laurence M. Rosen_____
                                                    Laurence M. Rosen LR-5733
                                                    609 W. South Orange Avenue, Suite 2P
                                                    South Orange, NJ 07079
                                                    Telephone: (973) 313-1887
                                                    Fax: (973) 833-0399
                                                    lrosen@rosenlegal.com

                                                    Lead Counsel for Lead Plaintiff

1

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 5, 2016.


Dated:  October 5, 2016                                    <u>/s/ Laurence Rosen</u>